■ In the Matter of JEROME RAPOPORT, a Disbarred Attorney.—Application for reinstatement denied. Concur—Kupferman, J. P., Sandler, Sullivan, Ross and Carro, JJ.